IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| KAYLA MICHELLE BRUNELLE | Violations: 18 U.S.C. §§ 113(a)(3), 113(a)(6), and 1153 |

COUNT ONE

**Assault with a Dangerous Weapon**

The Grand Jury Charges:

On or about March 9, 2023, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

KAYLA MICHELLE BRUNELLE,

an Indian, assaulted C.L. with a dangerous weapon, namely, a motor vehicle, with intent to do bodily harm to C.L.;

In violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

COUNT TWO

**Assault Resulting in Serious Bodily Injury**

The Grand Jury Further Charges:

On or about March 9, 2023, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

KAYLA MICHELLE BRUNELLE,

an Indian, assaulted C.L., which assault resulted in serious bodily injury to C.L.;

In violation of Title 18, United States Code, Sections 113(a)(6) and 1153.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

JTR/alk